# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JOSE LUIS RODRIGUEZ-RAMOS,<br><br>Defendant. | No. CR 10-4011-MWB<br><br>**ORDER REGARDING DEFENDANT'S SECOND *PRO SE* MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

_____

By Order filed July 10, 2015, I denied defendant Rodriguez-Ramos's first *pro se* Motion Requesting Reduction In Sentence Pursuant To U.S.S.G. Amendment 782, filed November 13, 2014. Rodriguez-Ramos appealed that denial, but the Eighth Circuit Court of Appeals summarily affirmed on October 2, 2015, *see* Judgment on Appeal, and denied the petition for rehearing on December 10, 2015, *see* Order on Appeal. Mandate issued on December 21, 2015.

Notwithstanding the denial of his first *pro se* motion for a sentencing reduction pursuant to Amendment 782, on April 13, 2017, Rodriguez-Ramos filed his *Pro Se* Motion/Request For Modification, And/Or Reduction Of Sentence Due To Amendment 782, Made Retroactive July 18, 2014, Pursuant To 18 U.S.C. § 3582(c)(2). This second motion seeks the same relief on the same grounds as his first motion. A reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782 is not justified.

THEREFORE, defendant Rodriguez-Ramos's April 13, 2017, *Pro Se* Motion/Request For Modification, And/Or Reduction Of Sentence Due To Amendment

782, Made Retroactive July 18, 2014, Pursuant To 18 U.S.C. § 3582(c)(2) (docket no. 524) is **denied**.

**IT IS SO ORDERED**.

**DATED** this 18th day of January, 2018.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA